**FILED**

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2 MILBERG WEISS BERSHAD
   & SCHULMAN LLP
3 JEFF S. WESTERMAN (SBN 94559)
   SABRINA S. KIM (SBN 186242)
   355 South Grand Avenue, Suite 4170
4 Los Angeles, CA 90071
   Telephone: (213) 617-1200
5 Facsimile: (213) 617-1975

6 MILBERG WEISS BERSHAD
   & SCHULMAN LLP
7 MELVYN I. WEISS (pro hac vice)
   BRAD N. FRIEDMAN (pro hac vice)
8 One Pennsylvania Plaza
   New York, NY 10119
9 Telephone: (212) 594-5300
   Facsimile: (212) 868-1229

10
   POPE, McGLAMRY, KILPATRICK,
11   MORRISON& NORWOOD, LLP
   C. NEAL POPE (pro hac vice)
12 WADE H. TOMLINSON, III (pro hac vice)
   ALAN G. SNIPES (pro hac vice)
13 1111 Bay Avenue, Suite 450
   P.O. Box 2128 (31902-2128)
14 Columbus, GA 31901
   Telephone: (706) 324-0050
15 Facsimile: (706) 327-1536

16 Attorneys for Plaintiff

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19 CHRISTY SLACK, Individually and On      )   Case No. C 05-0257 MHP
   Behalf of All Persons Similarly Situated, )
20                                          )   CLASS ACTION
                       Plaintiff,           )
21                                          )   STIPULATION AND [PROPOSED] ORDER:
              vs.                           )   (1) SETTING A NEW MEDIATION
22                                          )   DEADLINE AND (2) SETTING A NEW
   FAIR ISAAC CORPORATION and MYFICO )        DATE FOR THE INITIAL CASE
23 CONSUMER SERVICES, INC.,                 )   MANAGEMENT CONFERENCE
                                            )
24                      Defendants.         )
                                            )
25

26

27

28
   _____
   STIPULATED AND [PROPOSED] ORDER (1) SETTING A NEW MEDIATION DEADLINE AND (2) SETTING A
   NEW DATE FOR THE INITIAL CASE MANAGEMENT CONFERENCE
   Case No. C 05-0257 MHP
   DOCS\304869v1

1

## ORDER

2

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that,

3  pursuant to the Stipulation between the parties, entered into on August 19, 2005, the mediation

4  deadline is extended to and including October 21, 2005; and

5

IT IS FURTHER ORDERED that the Initial Case Management Conference is set for

6  November 21, 2005 at 4:00 p.m.; and

7

IT IS FURTHER ORDERED that the parties shall file a Joint Case Management

8  Statement on November 7, 2005.

9

IT IS SO ORDERED.

10

DATED: _____8/29/05_____

11

_____
Hon. Marilyn Hall Patel
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    This stipulation is entered into by and among plaintiff CHRISTY SLACK, and defendants,

2    FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC., by and through

3    their respective counsel, as follows:

4         WHEREAS, the deadline for mediation in this action is presently set for Tuesday,

5    September 6, 2005; and

6         WHEREAS, the parties are scheduled to submit Mediation Statements on Friday,

7    August 19, 2005; and

8         WHEREAS, a Mediation Hearing in this matter is presently set for Monday, August

9    29, 2005; and

10        WHEREAS, both parties have requested additional time to prepare for mediation of

11   this action; and

12        WHEREAS, the parties, through their respective counsel of record, have agreed,

13   subject to Court approval, to extend the deadline for mediation until October 21, 2005; and

14        WHEREAS, the parties, through their respective counsel of record, have agreed that,

15   subject to Court approval, the Initial Case Management Conference should be scheduled for

16   Monday, November 21, 2005 at 4:00 p.m.

17        IT IS HEREBY STIPULATED, by and between plaintiff and defendants, through

18   their respective counsel of record, that the Mediation Hearing currently set for August 29, 2005

19   should be continued, subject to Court approval, and a new date for a Mediation Hearing shall be set

20   by this Court; and

21        IT IS HEREBY STIPULATED, by and between plaintiff and defendants, through

22   their respective counsel of record, that the parties shall file Mediation Statements ten days before

23   the new date for the Mediation Hearing, as set by this Court; and

24        IT IS HEREBY STIPULATED, by and between plaintiff and defendants, through

25   their respective counsel of record, that the new mediation deadline shall be extended, subject to

26   Court approval, to and including October 21, 2005; and

27        IT IS FURTHER STIPULATED, by and between plaintiff and defendants, through

28   their respective counsel of record, that the parties will file a Joint Case Management Statement on

STIPULATED AND [PROPOSED] ORDER (1) SETTING A NEW MEDIATION DEADLINE AND (2) SETTING A
NEW DATE FOR THE INITIAL CASE MANAGEMENT CONFERENCE                                    - 2 -
Case No. C 05-0257 MHP
DOCS\304869v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GIBSON DUNN & CRUTCHER
Frederick Brown
Rebecca Justice Lazarus

          /s/ Rebecca Justice Lazarus
         REBECCA JUSTICE LAZARUS

One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:   (415) 393-8296
Facsimile:    (415) 986-5309

Attorneys for Defendants

STIPULATED AND [PROPOSED] ORDER (1) SETTING A NEW MEDIATION DEADLINE AND (2) SETTING A
NEW DATE FOR THE INITIAL CASE MANAGEMENT CONFERENCE       - 4 -
Case No. C 05-0257 MHP
DOCS\304869v1

1  November 7, 2005; and

2          IT IS FURTHER STIPULATED, by and between plaintiff and defendants, through

3  their respective counsel of record, that the Initial Case Management Conference will be set, subject

4  to Court approval, for November 21, 2005 at 4:00 p.m.

5  DATED: August 19, 2005                    MILBERG WEISS BERSHAD
                                             & SCHULMAN LLP
6                                            Jeff S. Westerman
                                             Sabrina S. Kim
7

8                                                      /s/ Sabrina S. Kim
                                                    SABRINA S. KIM
9
                                             355 South Grand Avenue, Suite 4170
10                                           Los Angeles, CA 90071
                                             Telephone: (213) 617-1200
11                                           Facsimile:  (213) 617-1975
                                             -and-
12                                           Melvyn I. Weiss
                                             Brad N. Friedman
13                                           One Pennsylvania Plaza
                                             New York, NY 10119
14                                           Telephone: (212) 594-5300
                                             Facsimile:  (212) 868-1229
15
                                             POPE, McGLAMRY, KILPATRICK,
16                                           MORRISON& NORWOOD, LLP
                                             C. Neal Pope
17                                           Wade H. Tomlinson, III
                                             Alan G. Snipes
18                                           1111 Bay Avenue, Suite 450
                                             P.O. Box 2128 (31902-2128)
19                                           Columbus, GA  31901
                                             Telephone: (706) 324-0050
20                                           Facsimile:  (706) 327-1536
                                             -and-
21                                           Michael L. McGlamry
                                             The Pinnacle, Suite 925
22                                           2455 Peachtree Road, N.E.
                                             P.O. Box 191625 (31119-1625)
23                                           Atlanta, Georgia 30326-3243
                                             Telephone:    (404) 523-7706
24                                           Facsimile:    (404) 524-1648

25                                           Attorneys for Plaintiff

26

27

28
   ─────────────────────────────────────────────────────────────
   STIPULATED AND [PROPOSED] ORDER (1) SETTING A NEW MEDIATION DEADLINE AND (2) SETTING A
   NEW DATE FOR THE INITIAL CASE MANAGEMENT CONFERENCE                                    - 3 -
   Case No. C 05-0257 MHP
   DOCS\304869v1