1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated, ) ) ) | CASE NO. 3:05-cv-00257-MHP |
| Plaintiff, ) ) ) | [~~PROPOSED~~] ORDER DESIGNATING INTERIM COUNSEL |
| vs. ) ) | |
| FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC., ) ) ) | DATE: April 18, 2005<br>TIME: 2:00 p.m.<br>CTRM: Honorable Marilyn Hall Patel |
| Defendants. ) ) | |

[PROPOSED] ORDER DESIGNATING INTERIM COUNSEL
CASE NO.: 3:05-cv-00257-MHP
DOCS\267625v1

1                                **~~[PROPOSED]~~ INTERIM COUNSEL ORDER**

2        WHEREAS designation of interim counsel is consistent with Rule 23(g)(2)(A) of the Federal

3 Rules of Civil Procedure; and

4        WHEREAS Plaintiff Christy Slack has demonstrated that it is appropriate to appoint his

5 counsel as interim counsel;

6        NOW, THEREFORE, IT IS ORDERED:

7        **ORGANIZATION OF COUNSEL**

8        The Court designates the following law firms to act as Interim Counsel in this action with the

9 responsibilities hereinafter described:

                 Milberg Weiss Bershad & Schulman LLP
                 One Pennsylvania Plaza
                 New York, New York  10119
                 Telephone:     (212) 594-5300
                 Facsimile:      (212) 868-1229

                 Pope, McGlamry, Kilpatrick, Morrison &
                 Norwood, LLP
                 1111 Bay Avenue, Suite 450
                 P.O. Box 2128 (31902-2128)
                 Columbus, GA  31901
                 Telephone:     (706) 324-0050
                 Facsimile:      (706)-327-1536

17 Interim Counsel shall be generally responsible for coordinating the activities of Plaintiff during

18 the pendency of this action unless and until the Court appoints counsel for the class in connection

19 with class certification proceedings.  Interim Counsel shall:

       a. determine (after consultation with other co-counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiff on all matters arising during the action;

       b. coordinate the initiation and conduct of discovery on behalf of Plaintiff consistent with the requirements of Federal Rules of Civil Procedure, including the preparation of written discovery, and the scheduling and examination of witnesses in depositions;

       c. conduct settlement negotiations on behalf of Plaintiff;

       d. manage work assignments in a manner to ensure that preparation for Plaintiff is conducted effectively, efficiently, and economically;

  e. enter into stipulations with opposing counsel necessary for the conduct of the litigation;

  f. retain expert consultants and witnesses;

  g. maintain time and disbursement records covering services as Plaintiff's Interim Counsel, and collect time and expense records from all Plaintiff's counsel;

  h. request, if necessary, contributions from other Plaintiff's counsel to further joint efforts on behalf of Plaintiff;

  i. monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

  j. perform such other duties as may be incidental to proper coordination of Plaintiff's case activities or authorized by further order of the Court.

Interim Counsel are designated as the spokespersons for Plaintiff with respect to all substantive communications with the Court and with defense counsel in these actions. Other Plaintiff's counsel may communicate on substantive matters with the Court or defense counsel only if delegated to do so by Interim Counsel.

**COORDINATION**

Interim Counsel shall coordinate activities to avoid duplication and inefficiency in the filing, serving and/or implementation of pleadings, other court papers, discovery papers, and discovery practice.

**PRIVILEGES PRESERVED**

No communication among Plaintiff's counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled. No communication among Defendants'

1  counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be
2  entitled.
3  IT IS SO ORDERED
4  Dated:  Nov 21 , 2005

The Honorable Marilyn H. Patel
United States District Judge

*Submitted By:*

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN
SABRINA S. KIM


    /s/ Sabrina S. Kim
     SABRINA S. KIM

355 S. Grand Avenue, Suite 4170
Los Angeles, CA  90071-3172
Telephone:  (213) 617-1200
(213) 617-1975 (fax)

Attorneys for Plaintiff

[PROPOSED] ORDER DESIGNATING INTERIM COUNSEL
CASE NO.:  3:05-cv-00257-MHP
DOCS\267625v1

- 3 -

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on March 10, 2005, declarant served the [PROPOSED] ORDER DESIGNATING INTERIM COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2005, at Los Angeles, California.

                                          /s/ Faith Umaguing
                                          FAITH UMAGUING

**FAIR ISAAC**
<u>Service List</u>
<u>03/10/05</u>

*Counsel for Plaintiff*

| | |
|---|---|
| **MILBERG WEISS BERSHAD**<br>  **& SCHULMAN LLP**<br>Jeff S. Westerman<br>Sabrina S. Kim<br>355 S. Grand Avenue, Suite 4170<br>Los Angeles, CA  90071<br>Telephone:  (213) 617-1200<br>Facsimile:   (213) 617-1975 | **MILBERG WEISS BERSHAD**<br>  **& SCHULMAN LLP**<br>Melvyn I. Weiss<br>Michael C. Spencer<br>One Pennsylvania Plaza<br>New York, NY  10119<br>Telephone:  (212) 594-5300<br>Facsimile:   (212) 868-1229 |

**POPE MCGLAMRY KILPATRICK**
  **MORRISON & NORWOOD LLP**
C. Neal Pope
Wade H. Tomlinson III
Alan G. Snipes
1111 Bay Avenue, Suite 450
Post Office Box 2128  (31902-2128)
Columbus, Georgia  31901

*Counsel for Defendants*

**GIBSON DUNN & CRUTCHER**
Rebecca Justice Lazarus
One Montgomery Street, Suite 3100
San Francisco, CA  94104
Telephone: (415) 393-8296