| | |
|---|---|
| 1 | POPE MCGLAMRY KILPATRICK |
|   |   MORRISON & NORWOOD LLP |
| 2 | C. Neal Pope (pro hac vice) |
|   | Wade H. Tomlinson III (pro hac vice) |
| 3 | Alan G. Snipes (pro hac vice) |
|   | 1111 Bay Avenue, Suite 450 |
| 4 | Post Office Box 2128 (31902-2128) |
|   | Columbus, Georgia 31901 |
| 5 | |
|   | MILBERG WEISS BERSHAD |
| 6 |   & SCHULMAN LLP |
|   | MELVYN I. WEISS (pro hac vice) |
| 7 | BRAD N. FRIEDMAN (pro hac vice) |
|   | One Pennsylvania Plaza |
| 8 | New York, NY 10119 |
|   | Telephone: (212) 594-5300 |
| 9 | Facsimile: (212) 868-1229 |
| 10 | *Attorneys for Plaintiff* |
| 11 | GIBSON, DUNN & CRUTCHER |
|   | FREDERICK BROWN (State Bar. No. 65316) |
| 12 | JOEL S. SANDERS (State Bar No. 107234) |
|   | REBECCA JUSTICE LAZARUS (State Bar. No. 227330) |
| 13 | One Montgomery Street, Suite 3100 |
|   | San Francisco, CA 94104 |
| 14 | Telephone: (415) 393-8296 |
|   | Facsimile: (415) 986-5309 |
| 15 | |
|   | *Attorneys for Defendants* |
| 16 | |

RECEIVED
06 JAN 17 PM 3:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated, | Case No. 3:05-CV-00257-MHP |
| Plaintiff, | |
| Vs. | CLASS ACTION |
| FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC., | ORDER GRANTING APPLICATION FOR ADMISSION FOR ATTORNEY *PRO HAC VICE* |
| Defendants. | |

Harlan F. Winn, III, an active member in good standing of the bar of Alabama, whose business address and telephone number is Battle, Fleenor, Green, Winn & Clemmer, LLP, The Financial Center, Suite 1150, 404 N. 20th Street, Birmingham, AL 35203, (205) 397-8160,

- 1 -

1. having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/18/06

Hon. Marilyn Hall Patel
United States District Judge