| | |
|---|---|
| 1   POPE MCGLAMRY KILPATRICK<br>    MORRISON & NORWOOD LLP<br>2   C. Neal Pope (pro hac vice)<br>    Wade H. Tomlinson III (pro hac vice)<br>3   Alan G. Snipes (pro hac vice)<br>    1111 Bay Avenue, Suite 450<br>4   Post Office Box 2128 (31902-2128)<br>    Columbus, Georgia 31901 | RECEIVED<br>06 JAN 17 PM 3:47<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>FILED<br>JAN 1 8 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

POPE MCGLAMRY KILPATRICK
   MORRISON & NORWOOD LLP
C. Neal Pope (pro hac vice)
Wade H. Tomlinson III (pro hac vice)
Alan G. Snipes (pro hac vice)
1111 Bay Avenue, Suite 450
Post Office Box 2128 (31902-2128)
Columbus, Georgia 31901

MILBERG WEISS BERSHAD
   & SCHULMAN LLP
MELVYN I. WEISS (pro hac vice)
BRAD N. FRIEDMAN (pro hac vice)
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Plaintiff*

GIBSON, DUNN & CRUTCHER
FREDERICK BROWN (State Bar. No. 65316)
JOEL S. SANDERS (State Bar No. 107234)
REBECCA JUSTICE LAZARUS (State Bar. No. 227330)
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:  (415) 393-8296
Facsimile:   (415) 986-5309

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated,<br><br>    Plaintiff,<br><br>Vs.<br><br>FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC.,<br><br>    Defendants. | Case No. 3:05-CV-00257-MHP<br><br>CLASS ACTION<br><br>ORDER GRANTING APPLICATION FOR ADMISSION FOR ATTORNEY *PRO HAC VICE* |

Wilson F. Green , an active member in good standing of the bar of Alabama, whose business address and telephone number is Battle, Fleenor, Green, Winn & Clemmer, LLP, The Financial Center, Suite 1150, 404 N. 20th Street, Birmingham, AL 35203, (205) 397-8160,

- 1 -

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Plaintiffs,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  
7  will constitute notice to the party. All future filings in this action are subject to the requirements
8  contained in General Order No. 45, *Electronic Case Filing*.

10  Dated: 1/18/06

                                               Hon. Marilyn Hall Patel
                                               United States District Judge