1  POPE MCGLAMRY KILPATRICK
     MORRISON & NORWOOD LLP
2  C. Neal Pope (*pro hac vice*)
   Michael L. McGlamry (*pro hac vice*)
3  Wade H. Tomlinson III (*pro hac vice*)
   Alan G. Snipes (*pro hac vice*)
4  1111 Bay Avenue, Suite 450
   Post Office Box 2128  (31902-2128)
5  Columbus, GA  31901
   Telephone:  (706) 324-0050
6  Facsimile:  (706) 327-1536

7  MILBERG WEISS BERSHAD
     & SCHULMAN LLP
8  MELVYN I. WEISS (*pro hac vice*)
   BRAD N. FRIEDMAN (*pro hac vice*)
9  One Pennsylvania Plaza
   New York, NY  10119
10 Telephone:  (212) 594-5300
   Facsimile:   (212) 868-1229

Attorneys for Plaintiff

GIBSON, DUNN & CRUTCHER
13 FREDERICK BROWN (State Bar. No. 65316)
   JOEL S. SANDERS (State Bar No. 107234)
14 REBECCA JUSTICE LAZARUS (State Bar. No. 227330)
   One Montgomery Street, Suite 3100
15 San Francisco, CA 94104
   Telephone:  (415) 393-8296
16 Facsimile:    (415) 986-5309

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated, | Case No. 3:05-CV-00257-MHP |
| Plaintiff, | CLASS ACTION |
| vs. | JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC., | |
| Defendants. | |

1  WHEREAS, a Case Management Conference is currently scheduled in the above-captioned action for April 10, 2006 at 3:00 PM; and

WHEREAS, the parties, through their respective counsel of record, wish to reschedule the Case Management Conference for a date subsequent to the mediation currently scheduled for April 18, 2006 in *Hillis v. Equifax Consumer Services, Inc.*, Case No. 1:04-CV-3400 (BBM), a related case currently pending against defendant Fair Isaac and others in the United States District Court for the Northern District of Georgia; and

WHEREAS, the parties, through their respective counsel of record, have agreed, subject to Court approval, to move the date of the Case Management Conference to May 8, 2006, at 3:00 PM,

IT IS HEREBY STIPULATED, by and between plaintiff and defendants, through their respective counsel of record, that the Case Management Conference currently scheduled for April 10, 2006 will be rescheduled for May 8, 2006.

For Plaintiff:

Dated: March 30, 2006                                   /s/ Michael L. McGlamry
                                                        MICHAEL L. MCGLAMRY

For Defendants:

Dated: March 30, 2006                                   /s/ Rebecca Justice Lazarus
                                                        REBECCA JUSTICE LAZARUS

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE   - 1 -
Case No. 3:05-CV-00257-MHP

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, entered into on March 30, 2006, the Case Management Conference currently scheduled for April 10, 2006 is hereby rescheduled for May 8, 2006, at 3:00 PM.

IT IS SO ORDERED.



HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, as resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action, that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on March 30, 2006, declarant served JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, at Los Angeles, California.

                                                         */s/* Ann Marie Genovese
                                                         ANN MARIE GENOVESE

**FAIR ISAAC**
Service List

*Counsel for Plaintiff*

| | |
|---|---|
| MILBERG WEISS BERSHAD & SCHULMAN<br>Jeff S. Westerman<br>Sabrina S. Kim<br>355 S. Grand Avenue, Suite 4170<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | MILBERG WEISS BERSHAD & SCHULMAN<br>Melvyn I. Weiss<br>Brad N. Friedman<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| POPE MCGLAMRY KILPATRICK MORRISON & NORWOOD LLP<br>C. Neal Pope<br>Wade H. Tomlinson III<br>Alan G. Snipes<br>1111 Bay Avenue, Suite 450<br>Columbus, Georgia 31901<br>Telephone: (706) 324-0050<br>Facsimile: (706) 327-1536 | POPE MCGLAMRY KILPATRICK MORRISON & NORWOOD LLP<br>Michael L. McGlamry<br>3455 Peachtree Road, NE<br>The Pinnacle, Suite 925<br>Atlanta, Georgia 30326<br>Telephone: (404) 523-7706<br>Facsimile: (404) 524-1648 |

*Counsel for Defendants*

GIBSON DUNN & CRUTCHER
Frederick Brown
Joel S. Sanders
Rebecca Justice Lazarus
One Montgomery Street, Suite 3100
San Francisco, CA 94101
Telephone: (415) 393-8296