1  GIBSON, DUNN & CRUTCHER LLP
   FREDERICK BROWN, SBN 65316
2  JOEL S. SANDERS, SBN 107234
   REBECCA JUSTICE LAZARUS, SBN 227330
3  One Montgomery Street
   Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309

6  Attorneys for Defendants
   FAIR ISAAC CORPORATION AND MYFICO
7  CONSUMER SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf Of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC.,<br><br>Defendants. | CASE NO. 3:05-CV-00257-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS FAIR ISAAC CORPORATION AND MYFICO CONSUMER SERVICES, INC. TO FILE AN AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

This Stipulation is entered between Defendants Fair Isaac Corporation and MyFICO Consumer Services, Inc. (collectively "Defendants") and Plaintiff Christy Slack by and through their counsel of record.

WHEREAS during the Case Management Conference held by the Court on May 8, 2006 in this matter, Defendants requested leave of court to file an amended answer modifying the Sixth and Seventh Defenses to add the Eighth Amendment as an additional ground for those defenses and assert the additional defense of setoff.

WHEREAS Plaintiff's counsel orally agreed to the Court's suggestion to allow such amendment at the Case Management Conference but without any prejudice to Plaintiff to assert responses to the amendment;

1

Gibson, Dunn & Crutcher LLP

Stipulation and [Proposed] Order Permitting Defendants Fair Isaac Corporation and MyFICO Consumer Services, Inc. to File An Amended Answer To Plaintiff's First Amended Complaint; Case No. 3:05-CV-00257-MHP

1  WHEREAS the Court indicated its willingness to allow Defendants to file an amended
2  answer;
3  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendants may
4  file an amended answer, a copy of which is being lodged herewith.
5  **IT IS SO AGREED.**

7  DATED: May 15, 2006

GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN
JOEL S. SANDERS
REBECCA JUSTICE LAZARUS


By: /s:/ Rebecca Justice Lazarus
         Rebecca Justice Lazarus

Attorneys for Defendants
FAIR ISAAC CORPORATION AND MYFICO
CONSUMER SERVICES, INC.

DATED: May 15, 2006

POPE MCGLAMRY KILPATRICK MORRISON &
NORWOOD LLP
C. Neal Pope
Michael McGlamry
Wade H. Tomlinson III
Alan G. Snipes


By: /s:/ Michael McGlamry
         Michael McGlamry

Attorneys for Plaintiff

Stipulation and [Proposed] Order Permitting Defendants Fair Isaac Corporation and MyFICO Consumer Services, Inc. to File An Amended Answer To Plaintiff's First Amended Complaint; Case No. 3:05-CV-00257-MHP

# **ORDER**

Pursuant to Defendants Fair Isaac Corporation and MyFICO Consumer Services, Inc. (collectively "Defendants") request to file an amended answer and the parties' stipulation to the same, Defendants are hereby GRANTED leave of court to file the amended answer lodged concurrently herewith.

IT IS SO ORDERED.

DATED: May 18, 2006



_____ Patel

100001247_1.DOC

3

Stipulation and [Proposed] Order Permitting Defendants Fair Isaac Corporation and MyFICO Consumer Services, Inc. to File An Amended Answer To Plaintiff's First Amended Complaint; Case No. 3:05-CV-00257-MHP