GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316
FBrown@gibsondunn.com
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
JAYESH HINES-SHAH, SBN 214256
JHinesshah@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
RJustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
FAIR ISAAC CORPORATION AND MYFICO
CONSUMER SERVICES, INC.

POPE MCGLAMRY KILPATRICK & NORWOOD, LLP
C. NEAL POPE (*pro hac vice*)
nealpope@pmkm.com
MICHAEL L. MCGLAMRY (*pro hac vice*)
mmcglamry@pmkm.com
WADE H. TOMLINSON, III (*pro hac vice*)
triptomlinson@pmkm.com
ALAN G. SNIPES (*pro hac vice*)
alansnipes@pmkm.com
The Pinnacle, Suite 925
2455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta Georgia 30326-3243
Telephone: (404) 523-7706
Facsimile: (404) 524-1648

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION AND MYFICO CONSUMER SERVICES, INC.,<br><br>Defendants. | CASE NO. 3:05-CV-00257-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF BY 60 DAYS** |

1

1     WHEREAS by Order of the Court dated May 8, 2006, discovery in this action is scheduled to close on November 30, 2006; and

    WHEREAS, on October 16, 2006, this Court took under submission the following pending motions: (1) Plaintiff's Motion for Class Certification, (2) Plaintiff's Motion for Partial Summary Judgment, (3) Defendants' Motion for Transfer Venue Pursuant to 28 U.S.C. § 1404(a), and (4) Defendants' Motion for Partial Summary Judgment; and

    WHEREAS the parties believe that it would be in the interests of all parties and the Court to extend the current schedule to allow an additional sixty (60) days before the close of discovery in this action;

    NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

    Plaintiff and Defendants shall have to and including January 29, 2007 within which to complete all discovery in this action.

DATED: October 25, 2006

                                  GIBSON, DUNN & CRUTCHER LLP
                                  FREDERICK BROWN
                                  JOEL S. SANDERS
                                  JAYESH HINES-SHAH
                                  REBECCA JUSTICE LAZARUS

                                  By: _____/s/ Jayesh Hines-Shah_____
                                                Jayesh Hines-Shah

                                  Attorneys for Defendant
                                  FAIR ISAAC CORPORATION AND MYFICO
                                  CONSUMER SERVICES, INC.

DATED: October 25, 2006

                                  POPE MCGLAMRY KILPATRICK MORRISON & NORWOOD LLP
                                  C. NEAL POPE
                                  MICHAEL L. MCGLAMRY
                                  WADE H. TOMLINSON, III
                                  ALAN G. SNIPES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Michael McGlamry
Michael McGlamry

Attorneys for Plaintiff
CHRISTY SLACK

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/27/06         By: _____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF BY 60 DAYS
Case No. C-05-0257-MHP

1  I, Jayesh Hines-Shah, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Discovery Cutoff by 60 Days. I hereby attest that Michael L. McGlamry has concurred in this filing.

Dated: October 25, 2006

GIBSON, DUNN & CRUTCHER LLP


By: _____/s/ Jayesh Hines-Shah_____
         Jayesh Hines-Shah

Attorneys for Defendant
FAIR ISAAC CORPORATION AND MYFICO CONSUMER SERVICES, INC.
Attorneys for Defendants

100099826_1.DOC

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, Ste. 3100, San Francisco, California 94104, in said County and State. On October 25, 2006, I served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF BY 60 DAYS**

to all United States District Court, Northern District of California-registered e-filer counsel of record as follows, and by placing a true copy thereof in an envelope addressed to the person named below at the address shown:

**Attorney for Plaintiff**

Michael L. McGlamry
Pope McGlamry Kilpatrick Morrison & Norwood
P.O. Box 191625
Atlanta, GA 31119-1625

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 25, 2006. All counsel of record in this matter are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 25, 2006, at San Francisco, California.

/s:/ Robin McBain
Robin McBain

40221881_1.DOC