GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316
FBrown@gibsondunn.com
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
JAYESH HINES-SHAH, SBN 214256
JHinesshah@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
RJustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
FAIR ISAAC CORPORATION AND MYFICO
CONSUMER SERVICES, INC.

POPE MCGLAMRY KILPATRICK & NORWOOD, LLP
C. NEAL POPE (*pro hac vice*)
nealpope@pmkm.com
MICHAEL L. MCGLAMRY (*pro hac vice*)
mmcglamry@pmkm.com
WADE H. TOMLINSON, III (*pro hac vice*)
triptomlinson@pmkm.com
ALAN G. SNIPES (*pro hac vice*)
alansnipes@pmkm.com
The Pinnacle, Suite 925
2455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta Georgia  30326-3243
Telephone:  (404) 523-7706
Facsimile:  (404) 524-1648

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION AND MYFICO CONSUMER SERVICES, INC.,<br><br>Defendants. | CASE NO. 3:05-CV-00257-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION FOR SETTLEMENT PURPOSES** |

WHEREAS the parties have agreed to enter into a Settlement Agreement that resolves the claims in the instant action, and in *Hillis v. Equifax Consumer Servs., Inc. and Fair Isaac, Inc.*, Case No. 1:04-CV-3400-TCB (N.D. Ga.) (the "*Hillis*" action) pending in the Northern District of Georgia; and

WHEREAS the parties' Settlement Agreement calls for the instant action to be transferred to the Northern District of Georgia for settlement purposes, where it is to be consolidated and/or coordinated with the *Hillis* action; and

WHEREAS the parties agree that, for purposes of settlement only (and without prejudice to their rights with respect to subsequent litigation, if necessary), the factors concerning discretionary transfer permit the transfer of the instant action to the Northern District of Georgia for settlement purposes, where it may be consolidated and/or coordinated with the *Hillis* action; and

WHEREAS a preliminary approval hearing is scheduled before the court in the Northern District of Georgia on February 8, 2007, at 4:30 p.m.;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

1. The instant action be transferred on an expedited basis, and no later than January 26, 2007, to the Northern District of Georgia for purposes of settlement.

2. In the event the court with jurisdiction over the *Hillis* action issues a final order rejecting the parties' Settlement or denying certification of the proposed Settlement Class, the instant action will be transferred back to this Court. Such retransfer is without prejudice to Fair Isaac's right to renew its request that the instant action be transferred to the Northern District of Georgia for all purposes and without prejudice to Plaintiff Slack's right to oppose any such transfer.

DATED: January 22, 2007

        GIBSON, DUNN & CRUTCHER LLP
        FREDERICK BROWN
        JOEL S. SANDERS
        JAYESH HINES-SHAH
        REBECCA JUSTICE LAZARUS


By:     /s/ Frederick Brown
            Frederick Brown

Attorneys for Defendant
FAIR ISAAC CORPORATION AND MYFICO
CONSUMER SERVICES, INC.

DATED: January 22, 2007

        POPE MCGLAMRY KILPATRICK MORRISON &
        NORWOOD LLP
        C. NEAL POPE
        MICHAEL L. MCGLAMRY
        WADE H. TOMLINSON, III
        ALAN G. SNIPES


By:     /s/ Michael McGlamry
            Michael McGlamry

Attorneys for Plaintiff
CHRISTY SLACK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/24/07         By: _____
                                    THE HONORABLE MARILYN HALL PATEL
                                    UNITED STATES DISTRICT JUDGE

1  I, Jayesh Hines-Shah, am the ECF User whose identification and password are being used to
2  file this Stipulation And [Proposed] Order Transferring Action For Settlement Purposes.  I hereby
3  attest that Michael L. McGlamry has concurred in this filing.

Dated:  January 22, 2007                    GIBSON, DUNN & CRUTCHER LLP


By:         /s/ Jayesh Hines-Shah
                 Jayesh Hines-Shah

Attorneys for Defendant
FAIR ISAAC CORPORATION AND MYFICO
CONSUMER SERVICES, INC.
Attorneys for Defendants

100144025_2.DOC